In the Matter of the Estate of JACOB SELIG, Deceased.  HARRIETTE SELIG, Appellant.

MAX L. SCHALLEK et al., Individually and as Executors of JACOB SELIG, Deceased, Respondents.

Argued December 8, 1942; decided January 14, 1943.

*Oscar Levine* and *David Kashman* for appellant.
*Alfred Englander* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.